UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20022-CIV-JORDAN
MAGISTRATE JUDGE P.A. WHITE

CHARLES MELVIN RAY,                :

    Plaintiff,              :

v.                                 :        REPORT RE TRANSFER
                                            TO CORRECT VENUE
ORANGE COUNTY CORRECTIONS
DEPT, et al                        :

    Defendant(s).           :
_____

    The plaintiff, Charles Melvin Ray filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983, alleging claims which arise out of Orange County Jail and the actions of the medical Staff. Orange County is located in the Middle District of Florida.

    The appropriate venue provision in this case is 28 U.S.C. §1391(b). Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated. Transfer under 28 U.S.C. §1404 includes the convenience of the parties and witnesses, relative ease of access to sources of proof, the cost of obtaining

the attendance of witnesses and other practical factors that would make the trial of the case easy, expeditious and inexpensive. <u>See</u>: <u>Stateline Power Corp. V Kremer</u>, 404 F. Supp 2nd 1373 (US Dist. Fla. 2005).

The plaintiff is confined in the Middle District, and the alleged violations occurred in the Middle District. It is recommended that this case be transferred to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §1406(a).

Objections to this Report may be filed within fourteen days following receipt.

Dated this 7TH day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Charles Melvin Ray, <u>Pro Se</u>
    09038397
    Orange County Jail
    Winter Park, FL
    Address of record