UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-20022-CIV-JORDAN

| | |
|---|---|
| CHARLES MELVIN RAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ORANGE COUNTY CORRECTIONS DEPT, et al., | ) ) ) ) |
| Defendants | ) |
| _____ | ) |

**ORDER TRANSFERRING AND CLOSING CASE**

Upon de novo review of the record, I adopt the report issued by Magistrate Judge White [D.E. 6], to which no objections have been filed. Accordingly, this case is transferred to the Middle District of Florida pursuant to 28 U.S.C. § 1391(b). The clerk is directed to send a certified copy of the file to the Middle District of Florida.

This case is now CLOSED in the Southern District of Florida.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of February, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record

Charles Melvin Ray, PRO SE
DC # 09038397
2351 Woodcrest Drive
Winter Park, FL 32792